# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY MICHAEL MARCELLI,

    Petitioner,

vs.

ISIDRO BACA, *et al.*,

    Respondents.

Case No. 3:15-cv-00063-RCJ-WGC

**ORDER**

    Petitioner submitted a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which the court screened and directed be filed and served on respondents (ECF #s 5, 6). Now before the court is petitioner's addendum to his petition, filed on Mary 22, 2015 (ECF #7).

    The court has reviewed petitioner's purported addendum. He states, without elaboration, that he wants to "add language" from–apparently–a Georgetown Law Journal discussion of vindictive prosecution and selective prosecution to his petition (ECF #7, p. 1). The focus of petitioner's filing is that he seeks to "prepare" this court for the State of Nevada's attempts to impede, obstruct, influence, falsify information, and otherwise mislead this court. *Id*. at 2-3. Petitioner's filing does not add any claims cognizable in federal habeas corpus, nor add any facts or constitutional principles to any claims that he has set forth in his petition. Accordingly, petitioner's purported addendum shall be stricken as an improper filing.

**IT THEREFORE IS ORDERED** that petitioner's "addendum" (ECF #7) shall be **STRICKEN** as an improper filing.

Dated this 1st day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE